# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

WASEEM DAKER,            )
                         )
    Plaintiff,          )
                         )
v.                       )      CV418-014
                         )
MARTY ALLEN, Warden,     )
                         )
    Defendant.          )

FILED
Scott L. Poff, Clerk
United States District Court

By James Burrell at 3:58 pm, Feb 22, 2018

## ORDER

Wassem Daker, currently incarcerated at Georgia State Prison in Reidsville, Georgia, has filed a 42 U.S.C. § 1983 action challenging his "placement in segregation/solitary confinement." Doc. 1 at 2 (invoking 28 U.S.C. § 2254 but specifying that he "does *not* attack [his] conviction or sentence"). The Clerk mistakenly assigned this case to the Savannah Division of this Court. Since Daker is in custody in Tattnall County, this case should have been filed in the Statesboro Division. *See* 28 U.S.C. § 90(c)(6). Accordingly, this action is reassigned to the Statesboro Division.

**SO ORDERED,** this __22nd__ day of February, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA